69 A.3d 240

**Darrell HEATH, Petitioner**

v.

**Jon FISHER, Respondent.**

**No. 64 EM 2013.**

Supreme Court of Pennsylvania.

June 27, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of June, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

69 A.3d 241

**Willie STOKES, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 63 EM 2013.**

Supreme Court of Pennsylvania.

June 27, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of June, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**